☞ ORIGINAL

JUDGE KRAM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

       - v -                   :     NOTICE OF INTENT TO
                                        FILE AN INFORMATION
PATRICK DECARISH,               :

           Defendant.       :

- - - - - - - - - - - - - - - - x   **07 CRIM. 766**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        August 1, 2007

                           MICHAEL J. GARCIA
                           United States Attorney

              By:   _____
                     Randall W. Jackson
                     Assistant United States Attorney

              AGREED AND CONSENTED TO:

              By:   _____
                     Peter N. Tsapatsaris
                     Attorney for Patrick Decarish

[USDC SDNY DOCUMENT ELECTRONICALLY FILED  DOC #: _____  DATE FILED: 8/2/07]

8/2/07 WHEEL A