```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :
                                     INFORMATION
     - v. -                       :
                                     07 Cr.
                                  :
PATRICK DECARISH,                      07 CRIM. 766
     a/k/a "Michael Thompson,"    :

          Defendant.              :

------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 16 2007

## COUNT ONE

The United States Attorney charges:

1. From at least in or about January 2006, up to and including in or about November 2006, in the Southern District of New York and elsewhere, PATRICK DECARISH, a/k/a "Michael Thompson," the defendant, unlawfully, intentionally and knowingly did distribute and possess with intent to distribute a Schedule II controlled substance, to wit, five (5) grams and more of mixtures and substances containing a detectable amount of cocaine base, otherwise known as "crack."

(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).)

## COUNT TWO

The United States Attorney further charges:

2. On or about April 20, 2006, in the Southern District of New York, PATRICK DECARISH, a/k/a "Michael Thompson," the defendant, unlawfully, willfully, and, knowingly, did buy,

sell, exchange, transfer, receive, and deliver false, forged, counterfeited and altered obligations and other securities of the United States, with the intent that the same be passed, published, and used as true and genuine, to wit, DECARISH sold counterfeit U.S. currency to an undercover law enforcement officer.

(Title 18, United States Code, Section 473.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v -

**PATRICK DECARISH,**

Defendant.

<u>**INFORMATION**</u>

07 Cr.

(Title 21, United States Code,
Sections 841(a)(1) and 841(b)(1)(B);
Title 18, United States Code, Section 473.)

<u>MICHAEL J. GARICA</u>
United States Attorney.