JUDGE KRAM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

    - v. -                     :     WAIVER OF INDICTMENT

PATRICK DECARISH,               :
  a/k/a "Michael Thompson,"
                            :
        Defendant.            :     07 CRIM. 766
                            :

- - - - - - - - - - - - - - - x

      The above-named defendant, who is accused of violating Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 473, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:      New York, New York
          August 16, 2007

0202

